# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2015

## NO. 03-15-00282-CV

### In the Matter of J. A.

**APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order signed by the trial court on April 2, 2015. Appellant filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.